

Home    Services    Locations

# Moss & Roof Cleaning

**If you didn't brush your teeth for a year, what would happen to your teeth? They'd have lots of nasty green stuff growing on them; even worse stuff growing in the crevices and of course, the insides would be rotting out. Your roof is no different! Leaves, branches and rain cause algae and moss to grow rapidly on your roof, wreaking havoc on both your roof and gutters!**



But even in Portland, you can win the battle against moss & dirty roofs! You just have to take action! Call the Action Cleaning Team, the moss removal and roof cleaning experts!

## Your Roof Can Be Moss Free for up to 3 Years!

Sparkly, shiny & clean! Action's signature service **Moss Removal & Treatment Package** will have you and your roof smiling again!

Brushed by hand, sprayed with care, our licensed & insured roof treatment experts will have your roof fresh, clean & moss free in no time! Call us today! You'll be glad you did!

## Why Have Us Clean Your Roof?

We give you more! Whether it's pounding in loose nails or hauling away debris for

EXHIBIT __A__

PAGE __1__ OF __1__






